THE PEOPLE OF THE STATE OF NEW YORK V. SALVATORE BUCCOLA.— Motion for a resettlement denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MINNIE MAILMAN, Guardian ad Litem of IRVING MAILMAN, an Infant, v. ABRAHAM MAILMAN and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE M. BAKKER, an Infant, by SIMON BAKKER, His Guardian ad Litem, and SIMON BAKKER v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of THE BANK OF UNITED STATES in Liquidation. In the Matter of the Application of the SUPERINTENDENT OF BANKS for a Determination of Priority of Payment of Claims Pursuant to Section 78 of the Banking Law. ISAAC SIMONS. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

KATHLEEN C. WEEKS V. THE NORTHWESTERN OHIO SAVINGS ASSOCIATION. PAUL A. WARNER, Superintendent of Building and Loan Associations in the State of Ohio, Appearing Specially, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JULIUS WEIMAN, as Administrator, etc., of ANNA WEIMAN, Deceased. BEATRICE WEIMAN, Individually and as Administratrix de Bonis Non, etc., of ANNA WEIMAN, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HYMAN M. RAMBACH and Others v. HEIGHTS THEATRES, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. SOUND VIEW LAND AND IMPROVEMENT COMPANY and Others, Impleaded with THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.